**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of Arizona, | ) | No. CR 05-0910-PHX-DGC |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| Arlie Perryman, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

Defendant moves the Court to reopen its detention decision pursuant to 18 U.S.C. Section 3142(f) which provides that the detaining Magistrate Judge may reopen the detention decision "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue" of detention. Defendant asserts two grounds that would need to pass this test. The first is a September 9, 2005 decision of the Ninth Circuit (*U.S. v. Scott*, 424 F.3d 888 (9th Cir. 2005)), and the second concerns the medical condition of the Defendant's fiancée and their unborn child. Neither ground qualifies. The September decision is not new information relevant to the question of detention and the information about the pregnancy and possible complications was brought to the Court's attention and considered by the Court in its ruling on detention. The Court finds the requested oral argument and evidentiary hearing unwarranted, and a response from the government unnecessary.

1        **IT IS ORDERED DENYING** Defendant's Motion to Reopen Issue of Detention (Doc.

2    #10).

3        DATED this 16th day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge

- 2 -